UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL WINSLOW, | Case No: CV12-04523 GW(JEMx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | JS-6 |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 28, 2012

_____
HONORALBE GEORGE H. WU
UNITED STATES DISTRICT JUDGE